**DISMISS; and Opinion Filed September 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01611-CR

### JAY SANDON COOPER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 005-87752-09**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Jay Sandon Cooper was convicted of the Class C misdemeanor offense of violation of a city ordinance and ordered to pay a $10.00 fine. Appellant is not indigent and determined to represent himself on appeal. On July 29, 2014, the Court ordered appellant to file his brief by September 2, 2014. We warned that no further extensions would be granted and, if the brief was not filed by September 2, 2014, we would, without further notice, submit the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994); *see also* TEX. R. APP. P. 38.8(b)(4). Appellant did not file a brief.

This appeal arose out of a conviction in municipal court followed by appeal de novo to the county court at law. The fine did not exceed $100 and absent a brief, no issues are before us. Therefore, we conclude we have no jurisdiction over the appeal. *See* TEX. CODE CRIM. P. ANN.

art. 4.03 (West Supp. 2013) (appellate jurisdiction only when fine exceeds $100 or sole issue is constitutionality of statute or ordinance on which conviction based).

We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131611F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAY SANDON COOPER, Appellant

No. 05-13-01611-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 2, Collin County, Texas
Trial Court Cause No. 005-87752-09.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 15th day of September, 2014.